

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00804-CV

**IN THE INTEREST OF Z.S.T.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02701
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. No costs of appeal are taxed against appellant.

SIGNED January 15, 2020.

_____
Liza A. Rodriguez, Justice